JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LAMONT A. LODGE, | ) |
| Petitioner, | ) Case No.  CV 14-8791-JGB(AJW) |
| v. | ) |
| E. VALENZUELA, Warden, | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: November 28, 2014

_____
Jesus G. Bernal
United States District Judge